UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LATHAM & WATKINS LLP, | ) |
| Plaintiff, | ) Civil Action No. 1:17-cv-01368-LMB-JFA ) |
| v. | ) ) |
| HIRING-LW.COM, | ) ) |
| Defendant. | ) ) ) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on June 8, 2018 at 10:00 a.m., or as soon thereafter as the matter may be heard, the Court will hold a hearing before Magistrate Judge John F. Anderson on Plaintiff's Motion for Default Judgment against Defendant hiring-lw.com.

Dated:  May 23, 2018

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/*Bert C. Reiser*
    Bert C. Reiser (VA Bar No. 31856)
    LATHAM & WATKINS LLP
    555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
    202.637.2200 / 202.637.2201 (Fax)
    bert.reiser@lw.com

    Perry J. Viscounty*
    LATHAM & WATKINS LLP
    650 Town Center Drive, 20th Floor
    Costa Mesa, CA  92626-1925
    714.540.1235 / 714.755.8290 (Fax)
    perry.viscounty@lw.com
    *admitted pro hac vice*

        Jennifer L. Barry*
        Patrick C. Justman*
        12670 High Bluff Drive
        San Diego, CA  92130
        858.523.5400 / 858.523.5450 (Fax)
        jennifer.barry@lw.com
        patrick.justman@lw.com
        *admitted pro hac vice*

*Attorneys for Plaintiff*
*Latham & Watkins LLP*

3

**CERTIFICATE OF SERVICE**

    I certify that on May 23, 2018 I caused a copy of the foregoing to be served on the following via U.S. Mail:

> Perfect Privacy LLC
> 12808 Gran Bay Parkway West
> Jacksonville, FL  32258

and via email upon:

> 5felv03raug3i88j53b2k4frj7@domaindiscreet.com

              /s/*Bert C. Reiser*
              Bert C. Reiser (VA Bar No. 31856)
              bert.reiser@lw.com