IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Latham & Watkins LLP, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION# 1:17-cv-1368(LMB/JFA) |
| | ) |
| HIRING-LW.COM | ) |
| Defendant | ) |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and affidavit of, Bert Charles Reiser for plaintiff, Latham & Watkins, LLP, the Clerk of this Court does hereby enter the default of hiring-lw.com for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT

BY_____/s/_____
Anitra Chastine
Deputy Clerk

DATED: 06/29/2018